# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| LINDA JAMES ) | **CIVIL ACTION NO.** |
| ) | 3:12-cv-00965-CMC |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| DLS ENTERPRISES, INC, and ) | |
| GC FINANCIAL CORP. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 1st day of June, 2012.

                                                Respectfully submitted,

                                                /s/ Holly E. Dowd
                                                Holly E. Dowd (S.C. Bar No. 77897)
                                                Weisberg & Meyers, LLC
                                                409A Wakefield Dr.
                                                Charlotte, NC 28209
                                                (888) 595-9111 ext. 260
                                                (866) 565-1327 (fax)
                                                hdowd@attorneysforconsumers.com
                                                ATTORNEYS FOR PLAINTIFF

2

Notice Filed electronically on this 1st day of June, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch

2