UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Linda James, | ) | C/A No: 3:12-965-CMC |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| GC Services Limited Partnership; DLS Enterprises, Inc.; and GC Financial Corp., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, any party may petition the Court to reopen the action if settlement is not consummated.

  s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

June 1, 2012
Columbia, South Carolina